| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Lamart Clay** | Social Security number or ITIN | **xxx–xx–3214** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Illinois** | Date case filed for chapter 13 | **12/10/15** |
| Case number: | **15–41774** | | |

## Official Form 309I
## Notice of Chapter 13 Bankruptcy Case                                                    12/15

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Lamart Clay | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 3344 Willow Lane<br>Markham, IL 60428 | |
| 4. | **Debtor's attorney**<br>Name and address | Charles L. Magerski<br>Sulaiman Law Group, LTD<br>900 Jorie Boulevard<br>Suite 150<br>Oak Brook, IL 60523 | Contact phone (630) 575–8181<br>Email: Cmagerski@sulaimanlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604 | Contact phone 312–431–1300 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open: 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br>Contact phone 1–866–222–8029<br>Date: 12/11/15 |

**For more information, see page 2**

Official Form 309I                    **Notice of Chapter 13 Bankruptcy Case**                    page 1

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 14, 2016 at 12:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number**. | **Location:**<br><br>**224 South Michigan, Suite 800, Chicago, IL 60604** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 3/14/16** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 4/13/16** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 6/7/16** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**   30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The hearing on confirmation will be held on: **2/4/16** at **10:30 AM** , Location: **219 South Dearborn, Courtroom 744, Chicago, IL 60604.** The debtor has not filed a plan as of this date. A copy of the plan or summary will be sent separately.<br><br>**The Disclosure of Compensation has been filed and the debtor's attorney is requesting fees of $ 4000.00**<br>If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge as provided in 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                      Case No. 15-41774-TAB
Lamart Clay                                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: mmiller              Page 1 of 2           Date Rcvd: Dec 11, 2015
                             Form ID: 309I              Total Noticed: 49

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2015.

```
db            +Lamart Clay,   3344 Willow Lane,   Markham, IL 60428-2736
24011721      +Activity Collection Se,   664 N Milwaukee Avenue,   Prospect Heights, IL 60070-2300
24011725      +Carrington Mortgage,   1610 E Saint Andrew Place Sutie B150,   Santa Ana, CA 92705-4931
24011726      +Central Financial Control,   Po Box 66044,   Anaheim, CA 92816-6044
24011728      +Chase,   3415 Vision Drive,   Mail Code OH4-7142,   Columbus, OH 43219-6009
24011730      +Chi Health Midlands,   11111 S 84th Street,   Papillion, NE 68046-4122
24011731      +Citibank,   Citicorp Credit Services,   Po Box 790040,   Saint Louis, MO 63179-0040
24011732       Citicorp Credit Services,   ATTN: Internal Recovery; Centralized Bk,   P.O. Box 790034,
                Saint Louis, MO 63179-0034
24011733      +Credit Management Cont,   Attn: Bankruptcy Dept,   Po Box 118288,   Carrollton, TX 75011-8288
24011734      +Credit Management Control,   Attn: Bankruptcy Dept,   Po Box 118288,
                Carrollton, TX 75011-8288
24011737      +Dept Of Education/Navient,   Attn: Claims Dept,   Po Box 9400,   Wilkes Barr, PA 18773-9400
24011738      +Deutsche Bank National Trust Co,   c/o Ocwen Loan Servicing LLC,   PO Box 24605,
                West Palm Beach, FL 33416-4605
24011739      +Deutsche Bank National Trust Company,   1761 East Street Andrew Place,
                Santa Ana, CA 92705-4934
24011740       Equifax Information Services, LLC,   1550 Peachtree Street NW,   Atlanta, GA 30309
24011741      +Experian Information Solutions, Inc.,   475 Anton Boulevard,   Costa Mesa, CA 92626-7037
24011742      +Freedman Anselmo Lindberg,   1771 W. Diehl, Suite 150,   PO Box 3228,
                Naperville, IL 60566-3228
24011744      +GLCU,   Attn: Bankruptcy,   2525 Green Bay Road,   North Chicago, IL 60064-3012
24011743      +General Service Bureau,   8429 Blondo Street,   Omaha, NE 68134-6200
24011748      +Great Lakes Credit Union,   Collections Department,   1 Corporate Drive, #360,
                Lake Zurich, IL 60047-8945
24011751      +Illiana Financial Credit,   1600 Huntington Drive,   PO Box 1249,   Calumet City, IL 60409-1249
24011753      +Just Energy,   900 Oakmont Lane,   Westmont, IL 60559-5530
24011754      +Kurtz Augenlight LLP,   123 W. Madison, #700,   Chicago, IL 60602-4623
24011755      +MCSI -Municipal Collection Services, Inc,   7330 College Drive,   Suite 108,
                Palo Heights, IL 60463-1186
24011756      +MCSI Inc,   7330 College Drive, Suite 108,   Palos Heights, IL 60463-1186
24011757      +MCSI Inc,   Po Box 327,   Palos Heights, IL 60463-0327
24011759      ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage LLC,   Attn: Bankruptcy,   350 Highland Drive,
                Lewisville, TX 75067)
24011758      +Nationstar Mortgage LLC,   8950 Cypress Waters Boulevard,   Coppell, TX 75019-4620
24011761      +Robert Thies DDS,   16906 Oak Park Avenue,   Tinley Park, IL 60477-2720
24011762       Security Service Federal Credit Union,   281 North, Wheeler,   Wheeler, IN 46393
24011763       Trans Union LLC,   P.O. Box 2000,   Chester, PA 19016-2000
24011764      +Village Of Flossmoor,   2800 Flossmoor Road,   Flossmoor, IL 60422-1186
24011765      +Village of Riverdale,   157 W 144th Street,   Riverdale, IL 60827-2707
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty            E-mail/Text: Cmagerski@sulaimanlaw.com Dec 12 2015 00:56:37      Charles L. Magerski,
                Sulaiman Law Group, LTD,   900 Jorie Boulevard,   Suite 150,   Oak Brook, IL  60523
tr            +E-mail/Text: courtnotices@chi13.com Dec 12 2015 00:57:33      Marilyn O Marshall,
                224 South Michigan Ste 800,   Chicago, IL 60604-2503
ust           +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Dec 12 2015 00:57:44      Patrick S Layng,
                Office of the U.S. Trustee, Region 11,   219 S Dearborn St,   Room 873,
                Chicago, IL 60604-2027
24011722      +EDI: CAPITALONE.COM Dec 12 2015 00:33:00      Capital One,   Attn: Bankruptcy,   Po Box 30285,
                Salt Lake City, UT 84130-0285
24011723      +EDI: AIS.COM Dec 12 2015 00:33:00      Capital One, N.A. *,   c/o American Infosource,
                P.O Box 54529,   Oklahoma City, OK 73154-1529
24011724      +EDI: CAPITALONE.COM Dec 12 2015 00:33:00      Capital One, N.A.*,   1680 Capital One Drive,
                Mc Lean, VA 22102-3407
24011727      +EDI: CHASE.COM Dec 12 2015 00:33:00      Chase *,   ATTN: Bankruptcy Department,
                P.O. Box 15298,   Wilmington, DE 19850-5298
24011729      +EDI: CHASE.COM Dec 12 2015 00:33:00      Chase Card Services,   Attn: Correspondence Dept,
                Po Box 15298,   Wilmington, DE 19850-5298
24011735      +E-mail/Text: bkcy@creditmgt.com Dec 12 2015 00:57:43      Credit Management Control,
                200 S. Monroe Avenue,   Green Bay, WI 54301-4059
24011736      +E-mail/Text: electronicbkydocs@nelnet.net Dec 12 2015 00:58:06      Department of Education,
                121 S. 13th Street,   Lincoln, NE 68508-1904
24011745      +E-mail/Text: collectionsbk@glcu.org Dec 12 2015 00:58:05      Great Lakes Cr Un,
                2525 Green Bay Rd,   North Chicago, IL 60064-3012
24011747      +E-mail/Text: collectionsbk@glcu.org Dec 12 2015 00:58:05      Great Lakes Credit Union,
                2525 Green Bar Road,   North Chicago, IL 60064-3012
24011746      +E-mail/Text: collectionsbk@glcu.org Dec 12 2015 00:58:05      Great Lakes Credit Union,
                2525 Green Bay Road,   North Chicago, IL 60064-3012
24011749      +E-mail/Text: bkynotice@harvardcollect.com Dec 12 2015 01:00:40      Harvard Collection,
                Harvard Collection Services,   4839 N Elston Avenue,   Chicago, IL 60630-2589
24011750      +E-mail/Text: bkynotice@harvardcollect.com Dec 12 2015 01:00:40
                Harvard Collection Services, Inc.,   4839 N. Elston Avenue,   Chicago, IL 60630-2589
```

```
District/off: 0752-1          User: mmiller              Page 2 of 2              Date Rcvd: Dec 11, 2015
                              Form ID: 309I              Total Noticed: 49

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
24011752       +EDI: CHASE.COM Dec 12 2015 00:33:00      JPMorgan Chase*,   270 Park Avenue,
                 New York, NY 10017-2014
24011760       +EDI: NAVIENTFKASMSERV.COM Dec 12 2015 00:33:00      Navient,   PO Box 9635,
                 Wilkes Barre, PA 18773-9635
                                                                                               TOTAL: 17

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2015                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 11, 2015 at the address(es) listed below:
              Charles L. Magerski    on behalf of Debtor 1 Lamart  Clay Cmagerski@sulaimanlaw.com,
               courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;mbadwan@sulaimanlaw.co
               m;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
              Marilyn O Marshall    courtdocs@chi13.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                               TOTAL: 3
```