## United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| IN RE:  Lamart Clay | ) | Chapter 13 |
| | ) | Case No. 15 B 41774 |
| Debtor(s) | ) | Judge Timothy A Barnes |

## Notice of Motion

Lamart Clay
3344 Willow Lane
Markham, IL  60428

Debtor Attorney: Sulaiman Law Group Ltd
via Clerk's ECF noticing procedures

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 744
> Chicago, IL  60604

On February 04, 2016 at 10:30 am, I will appear at the location listed to the right, and present this motion.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Thursday, January 28, 2016.

/s/ MARILYN O. MARSHALL
MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case For Unreasonable Delay

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, as Debtor(s) failed to file the required documents pursuant to 11 USC §521, §1307, §349, and Rule 3015, and in support thereof states the following:

1. Debtor(s) filed for Chapter 13 on 12/10/2015.

2. The debtor(s) have failed to provide copies of all payment advices or other evidence of payment received within 60 days before the date of filing the petition.

3. The debtor(s) have failed to begin payments within thirty days of filing the plan as required under 11 U.S.C. §1326(a) (1).

4. The debtor(s) have failed to amend schedule I for new job and failed to provide current paystub or to otherwise correct the amount of income.

5. The debtor(s) have failed to amend schedule B to list the value of their assets.

6. The debtor(s) have failed to provide to the Trustee requested business documents and/or proof of income.

7. The debtor(s) have failed to amend schedule H to list co-signed debt.

8. The debtor(s) have failed to file a feasible plan. The proposed plan now runs 251 months.

9. The debtor has failed to amend Schedule A to disclose all real property owned.

10. The debtor has failed to amend Schedule D to disclose all secured debt.

11. The debtor has failed to amend Schedule F to disclose all unsecured debt.

12. The debtor has failed to amend Schedule I to disclose rental income from the Dobson and Stewart properties.

13. The debtor has failed to amend Schedule J to disclose his dependents and to disclose the Stewart property mortgage.

14. The debtor has failed to file a modified plan to address all secured debt.

15. The debtor's attorney has a duty to file accurate schedules under penalty of perjury. The Trustee requests that the attorneys fees be denied.

16. The debtor's failure to confirm a plan in a timely manner constitutes unreasonable delay.

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee  
224 S Michigan Ave  
Ste 800  
Chicago, IL  60604  
(312) 431-1300  

/s/ MARILYN O. MARSHALL  
MARILYN O. MARSHALL, TRUSTEE